CARL E. HAMMOND, Appellant, v. WEIDLICH BROS. MFG. COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

JAMES GIBSON, Individually and as Administrator of the Estate of THOMAS J. GIBSON, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to further reduce the verdict to $17,500 in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

JOHNSON'S WAREHOUSES, INC., Respondent, v. THOMAS MCLERNON et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

AARON FINKELSTEIN, Doing Business as GLOBE MACHINERY COMPANY, Appellant, v. ADMIRALTY MACHINE WORKS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE JONES, True Name EUGENE LEVENGER, Alias EUGENE LUCAS, Appellant, et al., Defendant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

In the Matter of the Dissolution of the Marriage between MIGUEL VELEZ (now Deceased), Petitioner, and MARCELINA VELEZ, Respondent. ROSA VELEZ, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

USARCO, LTD., a Canadian Corporation, Doing Business as UNITED STEEL AND METAL COMPANY, Respondent, v. AMERICAN-EUROPEAN MERCANTILE CORPORATION, Defendant, and UFITEC, S. A., a Swiss corporation, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

CHARLES WALZER, Respondent, v. JULIUS JOELSON et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of the Arbitration between ISIDORE LIPSCHUTZ et al., Respondents, and ALBERT GUTWIRTH, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.